IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT WHEELER,

      Petitioner,

-vs-

JAMES N. CROSS,

      Respondent.               No. 12-cv-618-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order signed by this Court on May 31, 2013, the Report and Recommendation of Magistrate Judge Philip M. Frazier is adopted. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice.

**DATED**: May 31, 2013

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY:   s/*Sara Jennings*
                         **Deputy Clerk**

David R. Herndon
2013.05.31
17:06:16 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT